JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH Network LLC, EchoStar Technologies LLC, and NagraStar LLC, )<br><br>Plaintiff, )<br><br>vs. )<br><br>Aracely Espinoza and Josten Espinoza, )<br><br>Defendant. ) | Case No. EDCV-14-574-MWF (VBKx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

On June 25, 2014, the Court granted the Motion for Default Judgment filed by Plaintiffs DISH Network LLC, EchoStar Technologies LLC, and NagraStar LLC (collectively "DISH Network") against Defendants Aracely Espinoza and Josten Espinoza.  (Docket No. 16).  Based upon the record established in this case, and for good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered as follows:

1. Defendants, jointly and severally, shall pay DISH Network damages in the amount of $10,000.00 pursuant to 18 U.S.C. § 2520(c)(2)(B).

3. Defendants, jointly and severally, shall pay DISH Network attorney's fees in the amount of $1,200.00 pursuant to 18 U.S.C. § 2520(b)(3) and Local Rule 55-3.

4. Defendants, and anyone acting in active concert or participation with Defendants who receive actual notice of this Judgment and Permanent Injunction, are hereby permanently enjoined, effective immediately, from:

      A. circumventing or assisting others to circumvent DISH Network's security system, or otherwise intercepting or assisting others to intercept DISH Network's satellite signal; and

      B. testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

5. The Court retains jurisdiction over this action for two years for the purpose of enforcing this final judgment and permanent injunction.

Dated:  June 25, 2014

_____
MICHAEL W. FITZGERALD
United States District Judge